IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**SAEID KAHIL,**

    **Defendant.**     Case No. 06-cr-30145-DRH

## ORDER

**HERNDON, District Judge:**

For good cause shown, the Government's Motion to Dismiss Counts 1, 3, and 4 (Doc. 16) is hereby granted, and Counts 1, 3, and 4 of the Indictment in the above case are hereby dismissed.

**IT IS SO ORDERED.**

Signed this 27th day of February, 2007.

    /s/      David RHerndon
**United States District Judge**