IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 06-30145-DRH |
| | ) |
| SAEID KAHIL, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

The Defendant having been convicted of naturalization fraud pursuant to Title 18, United States Code, Section 1425,

**IT IS HEREBY ORDERED** that the Certificate of Naturalization issued to this Defendant is hereby revoked, set aside and cancelled. A certified copy of this Order shall be transmitted to the Attorney General of the United States by the Clerk of Court.

The Defendant is ordered to surrender his Certificate of Naturalization or Citizenship to the Attorney General of the United States forthwith.

**SO ORDERED.**

/s/     David    RHerndon
United States District Judge

DATED: July 30, 2007.